B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Middle District of Florida

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Read, Sandra Ann** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-1434** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **319 Midway Island, Clearwater, Fl** ZIP Code **33767** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Read, Sandra Ann

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X /s/ Herbert R. Donica November 10, 2009
Signature of Attorney for Debtor(s) (Date)
Herbert R. Donica 841870

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Read, Sandra Ann**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sandra Ann Read**
Signature of Debtor **Sandra Ann Read**

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

**November 10, 2009**
Date

### Signature of Attorney*

X **/s/ Herbert R. Donica**
Signature of Attorney for Debtor(s)

**Herbert R. Donica 841870**
Printed Name of Attorney for Debtor(s)

**Donica Law Firm, P.A.**
Firm Name

**106 S. Tampania Ave.**
**Suite 250**
**Tampa, FL 33609**
Address

**Email: herb@donicalaw.com**
**813-878-9790 Fax: 813-878-9746**
Telephone Number

**November 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Authorized Individual

______________________________
Printed Name of Authorized Individual

______________________________
Title of Authorized Individual

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re **Sandra Ann Read** Debtor(s)

Case No.
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Sandra Ann Read**
**Sandra Ann Read**

Date: **November 10, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Sandra Ann Read** Case No. ______

Debtor(s) Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Home Mortgage<br>520 Broadhollow Road<br>Melville, NY 11747** | **American Home Mortgage<br>520 Broadhollow Road<br>Melville, NY 11747** | **Rental: Lot 11, Block E, West Shadowlawn recorded in Plat BOok 9, Page 58 public records of Pinellas County, Florida.<br>Location: 4684 25th Avenue Sout** | | **127,666.87<br><br>(29,000.00 secured)** |
| **American Home Mortgage<br>520 Broadhollow Road<br>Melville, NY 11747** | **American Home Mortgage<br>520 Broadhollow Road<br>Melville, NY 11747** | **Rental: Lot 4, Block 7, Central Heights, Recorded in Plat Book 3, Page 1. Public record of Pinellas County, Florida.<br>Location: 3726 1st Avenue North,** | | **127,666.87<br><br>(31,000.00 secured)** |
| **American Home Mortgage Corp<br>520 Broadhollow Road<br>Melville, NY 11747** | **American Home Mortgage Corp<br>520 Broadhollow Road<br>Melville, NY 11747** | **Rental: Parcel ID# 33 31 16 96714 005 0120<br>Location: 4694 25th Avenue South, St Petersburg, FL, 33711** | | **116,250.00<br><br>(29,000.00 secured)** |
| **Aurora Loan Services LLC<br>1800 NW 49 St<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Aurora Loan Services LLC<br>1800 NW 49 St<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Rental: Lot 4, Block 3 Ohio Park recorded in Plat Book 3, Page 2, Pinellas County, Florida<br>Location: 2425 20th Street South, St Petersburg, Florida,** | | **122,505.76<br><br>(28,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re **Sandra Ann Read** Case No. ____________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aurora Loan Services LLC<br>1800 NW 49 ST<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Aurora Loan Services LLC<br>1800 NW 49 ST<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Rental: Lot 76 Harbordale Subdivision recorded in Plat Book 8, Page 29 Pinellas County, Florida.<br>Location: 2504 6th Street South, St Petersburg, FL,** | | **202,864.12<br><br>(42,000.00 secured)** |
| **Aurora Loan Services LLC<br>1800 NW 49 ST<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Aurora Loan Services LLC<br>1800 NW 49 ST<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Rental: Lot 5, Block 6, Pat Lane's re-sub of Block F, Lot 6 & 7 of Fullers Garden Homes, recorded in Plat BOok 6, Page 11, Pinellas County, FL.<br>Locat** | | **131,970.20<br><br>(25,000.00 secured)** |
| **BAC Home Loans Servicing LP<br>4500 Amon Carter Blvd<br>Fort Worth, TX 76155** | **BAC Home Loans Servicing LP<br>4500 Amon Carter Blvd<br>Fort Worth, TX 76155** | **Rental: Lot 105, Ridgewood Terrace, recorded in Plat Book 5, Page 81, Pinellas County, Florida.<br>Location: 3485 17th Avenue South, St Petersburg, FL,** | | **116,557.47<br><br>(25,000.00 secured)** |
| **Bank of America N.A.<br>4161 Piedmont Pkwy.<br>NC-4-105-03-14<br>Greensboro, NC 27410-8110** | **Bank of America N.A.<br>4161 Piedmont Pkwy.<br>NC-4-105-03-14<br>Greensboro, NC 27410-8110** | **Rental: Lot 17, Heritage Pines Village 31, according to the map or plat thereof as recorded in Plat book 47, Page 43, public records of Pasco County,** | | **257,539.78<br><br>(125,000.00 secured)** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Sandra Ann Read** Case No. ____________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bank of New York Mellon<br>300 Colonial Center Parkway<br>Lake Mary, FL 32746** | **Bank of New York Mellon<br>300 Colonial Center Parkway<br>Lake Mary, FL 32746** | **Rental: Lot 6, Block 9, Maximo Moorings, Unit TWO, Plat Book 49, Pages 38 and 39. recorded in the public records of Pinellas County, FL.<br>Location: 52** | | **193,600.00<br>(55,000.00 secured)<br>(48,369.00 senior lien)** |
| **Bank United<br>6075 Sunset Drive #1<br>South Miami, FL 33143** | **Bank United<br>6075 Sunset Drive #1<br>South Miami, FL 33143** | **Residence: Lot 48, Unit 3, Off Island Estates of Clearwater, according to the map or plat thereof, as recorded in plat book 47, page 62-63, off the pu** | | **745,635.81<br>(550,000.00 secured)<br>(322,000.00 senior lien)** |
| **Countrywide Home Loans<br>1800 NW 49 St<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Countrywide Home Loans<br>1800 NW 49 St<br>Suite 120<br>Fort Lauderdale, FL 33309** | **Rental: Lot 4, Block 35, Hall's Central Ave Subdivion #3 Recorded in Plat Book 16, page 31 of the public records of Pinellas County, Florida.<br>Locatio** | | **126,759.61<br><br>(29,000.00 secured)** |
| **Deutsche Bank Trust Company<br>PO Box 4622<br>Waterloo, IA 50704-4622** | **Deutsche Bank Trust Company<br>PO Box 4622<br>Waterloo, IA 50704-4622** | **Rental: Lot 72, Pine Ridge at Sugar Creek Phase 1, Plat BOok 51, Pages 41-52 recorded in public records of Pasco County, Florida<br>Location: 12333 Ridg** | | **200,550.00<br><br>(86,000.00 secured)** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re Sandra Ann Read Case No. ______________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **John William Irwin<br>2501 N. Atlantic Blvd.<br>Fort Lauderdale, FL 33305** | **John William Irwin<br>2501 N. Atlantic Blvd.<br>Fort Lauderdale, FL 33305** | **Rental: Lot 8, Spring Gardens subdivision, recorded in Plat BOok 19, page 19 of the public recordes of Pinellas County, Florida<br>Location: 3936 and 39** | | **130,000.00<br><br>(25,000.00 secured)** |
| **John William Irwin<br>2501 N. Atlantic Blvd.<br>Fort Lauderdale, FL 33305** | **John William Irwin<br>2501 N. Atlantic Blvd.<br>Fort Lauderdale, FL 33305** | **Rental: Lot 8, Block 8, Tangerine Terrace, recorded in Plat Book 9 on page 96 in the public records of Pinellas County, Florida<br>Location: 3308 Queens** | | **110,000.00<br><br>(18,000.00 secured)** |
| **Kawaldeep Bal<br>100 Brickyard Way<br>Unit 44<br>Brampton, ON 33767** | **Kawaldeep Bal<br>100 Brickyard Way<br>Unit 44<br>Brampton, ON 33767** | **Personal Loan<br>Personal loan from friend in Canada - funds used to pay mortgage.** | | **200,000.00** |
| **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **Rental: Lot 20, Block 41B, Sterling Hill Phase 1B, recorded in Plat Book 34, Page 23 public records of Hernando County, Florida<br>Location: 14205 Leybo** | | **274,647.48<br><br>(95,000.00 secured)** |
| **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **Rental: Lot 12, Evergreen Villa recorded in Plat Book 11, Page 97 of the public records of Pinellas County, FLorida<br>Location: 7631 46th Way North, Pi** | | **117,500.00<br>(25,000.00 secured)<br>(25,000.00 senior lien)** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re **Sandra Ann Read** Case No. ____________
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **Rental: Lot 19, Block C, West Shadowlawn recorded in Plat Book 9, Page 58 or the Public Records of Pinellas County, Florida<br>Location: 4645 Yarmouth A** | | **137,543.30<br><br>(29,000.00 secured)** |
| **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **US Bank National Association<br>425 Walnut St.<br>Cincinnati, OH 45202** | **Rental: Lot 20, BLock C, Allen-Gay subdivision according to the map or plat thereof as recorded in Plat book 8, page 35 of the public records of Pinel** | | **108,605.48<br><br>(10,000.00 secured)** |
| **Wachovia Mortgage<br>1901 Harrison St<br>Oakland, CA 94612** | **Wachovia Mortgage<br>1901 Harrison St<br>Oakland, CA 94612** | **Rental: Lot 13, Block 39, Sterling Hill Phase 1B recorded in Plat Book 34, Page 23 of public records of Hernando County, Florida<br>Location: 4909 Larke** | | **226,707.79<br><br>(120,000.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Sandra Ann Read**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 10, 2009** Signature **/s/ Sandra Ann Read**
**Sandra Ann Read**
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

Sandra Ann Read
319 Midway Island
Clearwater, Fl 33767

Herbert R. Donica
Donica Law Firm, P.A.
106 S. Tampania Ave.
Suite 250
Tampa, FL 33609

American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535

American Home Mortgage
520 Broadhollow Road
Melville, NY 11747

American Home Mortgage Corp
520 Broadhollow Road
Melville, NY 11747

Aurora Loan Services LLC
1800 NW 49 ST
Suite 120
Fort Lauderdale, FL 33309

BAC Home Loans Servicing LP
4500 Amon Carter Blvd
Fort Worth, TX 76155

Bank of America
NC-4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410-8110

Bank of America N.A.
4161 Piedmont Pkwy.
NC-4-105-03-14
Greensboro, NC 27410-8110

Bank of America VISA
PO Box 15026
Wilmington, DE 19850-5026

Bank of New York Mellon
300 Colonial Center Parkway
Lake Mary, FL 32746

Bank United
6075 Sunset Drive #1
South Miami, FL 33143

Central Mortgage Company
801 John Barrow
Suite 1
Little Rock, AR 72205

Countrywide Home Loans
1800 NW 49 St
Suite 120
Fort Lauderdale, FL 33309

Daniel J. Kortenhaus, Esq.
1728 Delaware Ave. NE
St. Petersburg, FL 33703-5439

Deutsche Bank National Trust
4828 Loop Central Drive
Houston, TX 77081

Deutsche Bank Trust Company
PO Box 4622
Waterloo, IA 50704-4622

EMC
Customer Service Dept
PO Box 293150
Lewisville, TX 75029-3150

GMAC
2711 N Haskell Avenue
Suite 900
Dallas, TX 75204

Hernando Cty. Tax Collector
20 North Main St
Room 112
Brooksville, FL 34601-2892

John William Irwin
2501 N. Atlantic Blvd.
Fort Lauderdale, FL 33305

Kawaldeep Bal
100 Brickyard Way
Unit 44
Brampton, ON 33767

OCWEN Loan Servicing LLC
Customer Service Dept
PO Box 785057
Orlando, FL 32878-5057

OneWest Bank, FSB
1475 East Huntington Drive
Duarte, CA 91010

Pasco County Tax Collector
PO Box 276
Dade City, FL 33526-0276

Pinellas Cty. Tax Collector
PO Box 10832
Clearwater, FL 33757-8832

Pinellas Cty. Tax Collector
PO Box 10832
Clearwater, FL 33711

US Bank National Association
425 Walnut St.
Cincinnati, OH 45202

Wachovia Mortgage
1901 Harrison St
Oakland, CA 94612